■ In the Matter of MICHELLE BIRNBAUM, Respondent, v NEW YORK STATE DEPARTMENT OF LABOR et al., Appellants. [903 NYS2d 284]—McCarthy, J. Appeal from a judgment of the Supreme Court (McDonough, J.), entered February 3, 2009 in Albany County, which granted petitioner's application, in a proceeding pursuant to CPLR article 78, to annul a determination of respondent Department of Labor placing petitioner on involuntary leave of absence.

This matter is substantially similar, both in its procedural posture and on the relevant law, to this Court's recent decision in *Matter of Sheeran v New York State Dept. of Transp.* (68

AD3d 1199 [2009], *lv granted* 14 NY3d 707 [2010]). Based on that decision, we reverse.

Cardona, P.J., Peters, Spain and Egan Jr., JJ., concur. Ordered that the judgment is reversed, on the law, without costs, and petition dismissed.